IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE BLACK, JR.,
    Plaintiff,

vs.                                      3:08cv525/MCR/MD

MAGISTRATE JUDGE,
    Defendant.

## O R D E R

    This cause is before the court upon plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff did not file an application to proceed *in forma pauperis*, nor did he submit the filing fee of $350.00.  The court will not process plaintiff's complaint until the appropriate application or fee is submitted.

    Accordingly, it is ORDERED:

    1.    The clerk shall send to plaintiff a complete *in forma pauperis* motion form for non-prisoners.  Plaintiff shall have thirty (30) days from the date this order is docketed in which to either submit a complete application to proceed *in forma pauperis* (motion with supporting affidavit) or pay the $350.00 filing fee.

    2.    Failure to respond to this order as instructed may result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

    DONE AND ORDERED this 1st day of December, 2008.

    /s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**