IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE BLACK,
    Plaintiff,

vs.                                          CASE NO.: 3:08cv525/MCR/MD

CONSIDERATION OF THE
REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE
FILED ON 3/19/2008, DONE AND
ORDERED 17th DAY OF APRIL, 2008.
    Defendant.
_____/

## O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 5, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    DONE AND ORDERED this 7th day of January, 2009.

                                                      *s/ M. Casey Rodgers*
                                                      M. CASEY RODGERS
                                                      UNITED STATES DISTRICT JUDGE